1020

[No. 832-3.   Division Three.   March 27, 1974.]

THE STATE OF WASHINGTON, *Respondent,* v. GREGORY THOMAS DOYLE, *Appellant.*

Appeal from a judgment of the Superior Court for Kittitas County, No. C-7121, W. R. Cole, J., entered March 26, 1973. *Affirmed* by unpublished per curiam opinion.

[No. 1834-1.   Division One.   April 1, 1974.]

*In the Matter of the Estate of* OLGA MCCLELLAN, *Deceased,* KENNETH V. RAYMOND, *as Executor, Appellant.*

Appeal from a judgment of the Superior Court for King County, No. E-207252, Horton Smith, J., entered June 27, 1972. *Affirmed* by unpublished opinion per Farris, J., concurred in by Horowitz and Williams, JJ.

[No. 1982-1.   Division One.   April 1, 1974.]

PUGET SOUND POWER & LIGHT COMPANY, *Respondent,* v. BLUE STREAK ELECTRIC COMPANY, INC., *et al., Appellants.*

Appeal from a judgment of the Superior Court for King County, No. 731541, Lloyd Shorett, J., entered October 6, 1972. *Affirmed in part and remanded* by unpublished opinion per James, J., concurred by in Farris and Callow, JJ.

[No. 2275-1.   Division One.   April 1, 1974.]

THE STATE OF WASHINGTON, *Respondent,* v. ROBERT WEST, JR., *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 63172, Warren Chan, J., entered April 24, 1973. *Affirmed* by unpublished opinion per James, J., concurred in by Horowitz and Williams, JJ.